| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)* MJ-24-04059-001-PCT-CDB |
|---|---|---|
| | | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Oscar Eduardo Flores | DISTRICT<br>District of Arizona | DIVISION<br>3: Prescott |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Camille D. Bibles<br>United States Magistrate Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/8/2024 | TO 3/7/2026 |

**OFFENSE**
Violating 36 C.F.R. 4.23(a)(1) Driving Under the Influence of Alcohol in a Park Area, a Class B Petty offense, as charged in Citation E1748155; 36 C.F.R. 4.23(a)(2) Driving Under the Influence with Alcohol in a Park Area with Concentration of .08% or over, a Class B Petty offense, as charged Citation E1748157

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The probation office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Oscar Eduardo Flores, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____          *Camille D. Bibles* (Digitally signed by Camille D. Bibles, Date: 2024.07.10 17:14:35 -07'00')
Date                                              Honorable Camille D. Bibles
                                                  United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/30/2024                                 [signature]
Effective Date                            United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Oscar Eduardo Flores
Case No.: TO BE ASSIGNED

**REQUEST FOR ACCEPTANCE OF JURISDICTION**

July 29, 2024

TO:   UNITED STATES DISTRICT JUDGE

On March 8, 2024, Oscar Flores entered a guilty plea to Citation E1748155 and E1748157 and was sentenced by District of Arizona to time served plus three days for Citation E1748155 with two years' supervised release for citation E1748157 to follow for committing the offense of Driving Under the Influence with Alcohol in a Park Area. Flores commenced supervision on March 8, 2024, in the District of Nevada.

Flores is employed full-time, he is attending drug testing as required, and he has completed his substance abuse assessment and treatment and was not recommended through our third-party treatment provider. To date there are no concerns of non-compliance since commencing supervision and Flores is working diligently to repair tarnished relationships caused by his actions leading up to his arrest.

Flores intends to remain in Nevada for the foreseeable future. To address any matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that our Court accept jurisdiction of his case. As witnessed by her signature on the attached Prob 22 (Transfer of Jurisdiction) Magistrate Judge Camille D. Bibles agreed to relinquish jurisdiction of the case.

Should you have any questions, please contact the undersigned officer at (702) 236-8732.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2024.07.29 10:33:07 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2024.07.29 10:30:33 -07'00'

Steve M Goldner
Supervisory United States Probation Officer